[Cite as *09/04/2003 Case Announcements,* 2003-Ohio-4647.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *September 4, 2003*

## MOTION AND PROCEDURAL RULINGS

**1999–1241. Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–1723–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission. On August 18, 1999, this court stayed further proceedings in this case and ordered the parties to file a notice with this court upon the resolution of case No. C2–99–552 in the United States District Court for the Southern District of Ohio, Eastern Division.

IT IS ORDERED by the court, sua sponte, that the parties file a notice advising the court of the status of the federal case, within 15 days of the date of this entry.

**2003–1511. Washington v. Tyson–Parker.**
Lorain App. No. 03CA008301. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

IT IS ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Lorain County. Appellant shall file his merit brief within forty days of the filing of the record with the Clerk, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

## DISCIPLINARY CASES

**2002–0677. Columbus Bar Assn. v. Moushey.**
On October 2, 2002, this court indefinitely suspended respondent, Michael Lee Moushey. On March 20, 2003, relator, Columbus Bar Association, filed a motion for order to show cause, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to comply with this court's October 2, 2002 order. On April 24, 2003, this court granted that motion and advised respondent to file a written response within 20 days. Respondent did not file a written response. On July 18, 2003, this court ordered respondent to appear before the court on August 26, 2003. Respondent appeared. Accordingly,

IT IS ORDERED by the court, sua sponte, that respondent be and hereby is found in contempt and fined $100 to be paid to the Clerk of the Supreme Court by certified check or money order within 30 days from the date of this entry. Furthermore, respondent is warned not to repeat his contemptuous conduct.

[Cite as *09/05/2003 Case Announcements,* 2003-Ohio-4677.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *September 5, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0829. State ex rel. Shandrow v. Roper Corp.**
Franklin App. No. 02AP–342, 2003-Ohio-1516. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before September 30, 2003.